UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 17-cr-96-pp

OLAJWAN M. VEASY,

Defendant.

---

**ORDER DENYING DEFENDANT'S LETTER MOTION FOR PLACEMENT RECOMMENDATION (DKT. NO. 611)**

---

The defendant has asked the court to make a non-binding judicial recommendation to the Bureau of Prisons that he be placed in a Residential Reentry Center or on home confinement for the maximum period permitted by BOP policy. Dkt. No. 611. The defendant's federal sentence—to be served consecutively to his state sentence—is set to begin in October 2026.

The court commends the defendant on all he has accomplished while in state custody (including getting his HSED and earning several program certificates), as well as the thought and effort he has put into what he plans to do after his release from prison to lead a pro-social and productive life. But the court will not grant the defendant's request at this time. The defendant has not started serving his federal revocation sentence. More to the point, the court was bound to impose the sentence it imposed—a sentence of one year and one day of incarceration—because the parties agreed to that resolution under Fed.

R. Crim. P. 11(c)(1)(C). The parties did not agree to a recommendation like the one the defendant suggests. Of course, it is entirely up to the Bureau of Prisons as to when to place the defendant in a halfway house or, if it deems it appropriate, on home confinement, and the court encourages the defendant to talk with his case manager once he reaches his designated BOP institution. But the court is not comfortable making this recommendation given the Rule 11(c)(1)(C) agreement.

The court **DENIES** the defendant's letter motion for a placement recommendation.

Dated in Milwaukee, Wisconsin this 15th day of September, 2026.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**